Robert A. Bailey (SBN 214688)
  rbailey@afrct.com
ANGLIN FLEWELLING RASMUSSEN
  CAMPBELL & TRYTTEN, LLP
301 N. Lake Ave., Ste. 1100
Pasadena, California 91101-4158
Tel.: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED**
*Judge Yvonne Gonzalez Rogers*
8/28/18

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC; WELLS FARGO BANK, N.A., etc., et al <br><br> Defendants. | CASE NO.: 4:18-CV-03734-YGR <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rule 6-1(a), Defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Bank, N.A., also known as Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo, N.A., and formerly known as World Savings Bank, FSB") ("Wells Fargo") and Plaintiff Eric Allen ("Plaintiff") by and through their undersigned counsel stipulate to extending the time for Wells Fargo to respond to Plaintiff's Complaint as follows:

### STIPULATION

1. The time for Wells Fargo to respond to Plaintiff's Complaint is currently August 24, 2018;

2. The parties agree that Wells Fargo's time to respond to Plaintiff's Complaint is hereby extended by three-weeks to September 17, 2018;

3. There has been no prior extension of time in which Wells Fargo's time to respond to Plaintiff's Amended; and

4. This extension will not impact any dates currently pending on the Court's calendar.

Respectfully submitted,

Dated: August 24, 2018   ANGLIN FLEWELLING RASMUSSEN
   CAMPBELL & TRYTTEN, LLP

By: */s/ Robert A. Bailey*
   Robert A. Bailey
   Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated: August 24, 2018   LAW OFFICES OF MEGAN ANN DAILEY

By: */s/ Megan Ann Dailey*
   Megan Ann Dailey
   Attorneys for Plaintiff
ERIC ALLEN

### ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I, Robert A. Bailey, certify that I am the ECF user whose identification and password are being used to file this Stipulation to Extend Time. I hereby attest that Megan Ann Dailey has concurred in this filing with her electronic signature.

By: */s/ Robert A. Bailey*
   Robert A. Bailey

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100Pasadena, CA 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiff*<br>Eric Allen | *Attorneys for Defendant*<br>Ocwen Loan Servicing, LLC |
|---|---|
| Megan Ann Dailey<br>Law Office of Megan Dailey<br>805 Maine Avenue<br>Richmond, CA 94804<br>(415) 794-4479<br>Fax: (510) 323-8112<br>Email: saveyourhouse70@gmail.com | Diane Park Cragg<br>Severson & Werson<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>415-398-3344<br>Fax: 415-956-0439<br>Email: dpc@severson.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on August 24, 2018.

| Dionne Harvey | /s/ Dionne Harvey |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |