1 | AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
2 | DIANE P. CRAGG (State Bar No. 221121)
dpc@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6 |
7 | Attorneys for Defendant
OCWEN LOAN SERVICING, LLC.

8

9

10

**IT IS SO ORDERED**

*Yvonne Gonzalez Rogers*
Judge Yvonne Gonzalez Rogers

8/28/18

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA,

#### SAN FRANCISCO DIVISION

11

12 | ERIC ALLEN,

Plaintiff,

13 | vs.

14 | OWCEN LOAN SERVICING, LLC; WELLS
15 | FARGO BANK, N.A., ALSON KNOWN AS
WELLS FARGO HOME MORTGAGE, A
16 | DIVISION OF WELLS FARGO BANK, N.A.
ALSO KNOWN AS WACHOVIA
17 | MORTGAGE, A DIVISION OF WELLS
FARGO N.A., AND FORMERLY KNOW AS
18 | WACHOVIA MORTGAGE, FSB,
FORMERLY KNOWN AS WORLD
19 | SAVINGS BANK, FSB; DEUTSHE BANK
NATIONAL TRUST COMPANY, AS
20 | TRUSTEE FOR THE
CERTIFICATEHOLDERS OF SOUNDVIEW
21 | HOME LOAN TRUST 2006-OPTS, ASSET-
BACKED CERTIFICATES, SERIES 2006-
22 | OPT5, 1761 EAST ST. ANDREW PLACE,
SANTA ANA, CA 92705-4934; AND DOES
23 | 1 through 100,

24 | Defendants.

Case No. 4:18-cv-03734-YGR

**STIPULATION TO EXTEND TIME FOR
DEFENDANT OCWEN LOAN
SERVICING, LLC TO RESPOND TO
COMPLAINT**

*The Hon. Yvonne Gonzalez Rogers*

Action Filed:     June 22, 2018

25

26

27

28

Pursuant to Local Rule 6-1(a), Plaintiff ERIC ALLEN ("Plaintiff") and Defendant OCWEN LOAN SERVICING, LLC ("Ocwen") hereby stipulate as follows:

### RECITALS

1. Plaintiff filed this action against defendants on June 22, 2018, and served Ocwen on August 3, 2018.

2. Ocwen's initial deadline to respond to the complaint is August 24, 2018.

3. Plaintiff has agreed to extend the time for Ocwen to respond to the complaint up to and including September 17, 2018, so that the parties may have additional time to meet and confer regarding the claims alleged in the complaint.

4. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

### STIPULATION

1. The deadline for Ocwen to respond to the complaint shall be continued to September 17, 2018.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.


DATED:  August 24, 2018          LAW OFFICE OF MEGAN DAILEY


                                 */s/ Megan Ann Dailey*
                          By:   _*As authorized on August 24, 2018*_
                                 Megan Ann Dailey

                                 Attorney for Plaintiff ERIC ALLEN


///

///

DATED: August 24, 2018

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Diane P. Cragg_____
        Diane P. Cragg

Attorneys for Defendant OCWEN LOAN SERVICING, LLC