# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ALLEN,** <br> Plaintiff, <br> vs. <br> **OCWEN LOAN SERVICING, LLC, ET AL.,** <br> Defendants. | CASE NO. 18-cv-03734-YGR <br><br> **ORDER DENYING MOTIONS TO DISMISS AS MOOT** <br><br> Re: Dkt. Nos. 24, 27 |

On October 1, 2018 defendant Wells Fargo Bank, N.A. filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 24.) The following day, on October 2, 2018, defendant Ocwen Loan Servicing, LLC filed a separate motion to dismiss the complaint pursuant to the same. (Dkt. No. 27.)

On November 8, 2018, plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 35.) In light of the filing of the amended complaint, the pending motions to dismiss are **DENIED AS MOOT**.

This Order terminates Docket Numbers 24 and 27.

**IT IS SO ORDERED.**

Dated: November 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**